(Rev. 10/2021)   Waiver of Right to Contest Detention

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 2 3 2025

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW MEXICO

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA

vs.

**MIGUEL CHACON**
,

**WAIVER OF RIGHT TO CONTEST DETENTION**
(Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142)

CASE NUMBER: 1:25-cr-04822-KG

I, _____ **MIGUEL CHACON** _____, charged in: (an indictment, complaint, petition)

with _____ **FPFA and ammunition** _____,

Title _____ **18** _____, U.S.C. **922(g)(1) and 924** _____, and

having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and

18 U.S.C. § 3142, including my right to contest my detention, do hereby waive (give up) my right to contest

detention. However, I understand that under 18 U.S.C. § 3142(f), I may ask the Court to reopen my detention

hearing at any time before trial if information exists that is not known to me today and that has a material bearing

on whether there are conditions of release that will reasonably assure my appearance as required and the safety

of any other person and the community.

_____
*Defendant*

12/23/2025
_____
*Date*

_____
Nat Saing, AFPD
*Counsel for Defendant*