**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Kenneth J. Gonzales**

CASE NO.:    CR 25-4822 KG                    DATE:        2/10/2026

                                                          **Time in court: (See below)**

TITLE:   *United States of America v. Chacon*

COURTROOM CLERK: **L. Rotonda**          COURT REPORTER: **C. McAlister**

     () Albuquerque   () Las Cruces   (X) Santa Fe   ( ) Roswell

ATTORNEYS PRESENT FOR PLAINTIFF(S):          ATTORNEYS PRESENT FOR DEFENDANT(S):
SETH TELEKY (VIA ZOOM)                       MARTIN JUAREZ (VIA ZOOM)
NATASHA MOGHADAM (VIA ZOOM)                  NATALIE SAING (VIA ZOOM)

TYPE OF PROCEEDING:         **Scheduling Conference**

PROCEEDINGS:

**10:01 a.m. – 10:07 a.m. (6 minutes)**

**CR 25-5231 KG, USA v. Ben, Jr.** – AUSA Seth Teleky appearing on behalf of the Government.

AFPD Martin Juarez appearing on behalf of Defendant Darrell Ben, Jr., who is present remotely.

Mr. Juarez addresses Court regarding status of case, indicates anticipates resolving matter

informally, notes that Government is considering superseding.  Mr. Teleky responds, confirms

agreement concerning Defense Counsel's representations.  Counsel confirm matter would take

approximately two days to try.  Apprises Court of status of Government's discovery disclosures.

Court addresses counsel regarding Court's standing order concerning pretrial deadlines, the plea

agreement deadline Court will impose.

**Court – Will set matter on trailing docket commencing June 15, 2026.  Order setting Jury**

**Trial/Selection date and other deadlines to follow.**

**10:07 a.m. – 10:13 a.m. (6 minutes)**

**CR 25-4822 KG, <u>USA v. Chacon</u>** – AUSA Natasha Moghadam appearing on behalf of the Government.  AFPD Natalie Saing appearing on behalf of Defendant Miguel Chacon, who is not present.  Ms. Saing addresses Court regarding status of case, indicates believes case is heading toward resolution.  Ms. Moghadam responds to same, indicates agreement.  Counsel confirm matter would take approximately three or fewer days to try.  Court states is still inclined to give trial date to provide something to work towards.  **Court – Will set matter on trailing docket commencing June 15, 2026.  Order setting Jury Trial/Selection date, plea agreement deadline, and other deadlines to follow.**

**10:13 a.m. - Court in Recess**